EDWARD PIERCE, JR., an Infant, by EDWARD PIERCE, SR., His Guardian ad Litem, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

Argued November 26, 1940; decided December 31, 1940.

*John J. Scully* for appellant.

*Charles E. Nichols* for New York Central Railroad Company, respondent.

*Thomas J. Delaney* for City of Rensselaer, respondent.

Judgment affirmed, with costs, on the ground that there was no evidence of negligence in the design or construction of the stairway. We pass on no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.